

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAR 3 0 2015

Clerk, U.S. District and
Bankruptcy Courts

ROLLY O'DELL KINNELL,                    )
                                         )
              Plaintiff,                 )
                                         )    Case: 1:15-cv-00659
                                         )    Assigned To : Unassigned
       v.                                )    Assign. Date : 4/30/2015
                                         )    Description: Pro Se Gen. Civil (F)
STATE OF KANSAS, *et al.*,               )
                                         )
              Defendants.                )


**MEMORANDUM OPINION**


This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court has reviewed the plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to

1

determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The Court has reviewed the complaint and finds that it is incomprehensible. Review of the exhibits attached to the complaint shed no light on the nature of plaintiff's claims or the basis of his demand for damages of $750 million. As drafted, the complaint fails to comply with Rule 8(a) and therefore it will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

United States District Judge

DATE: 4/26/15

2